**Order entered May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00656-CV

### IN RE WALLACE LANE SCHOOLER, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53643-2012**

## ORDER

Before Justices Lang, Fillmore and Evans

Before the Court is relator's Emergency Motion for Rehearing. We **DENY** the motion.


/s/      DAVID EVANS
              JUSTICE